# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTOINE EDWARDS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-619** |
| **CARL J. BARBIER, ET AL.** | **SECTION "E" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation,[1] and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly;

**IT IS ORDERED** that plaintiff Antoine Edwards' 42 U.S.C. § 1983 claims be **DISMISSED WITHOUT PREJUDICE** as barred by the three-strikes provision of 28 U.S.C. § 1915(g) without payment of the $405.00 filing fee to the clerk of court's office and for seeking relief against immune defendants.

**IT IS FURTHER ORDERED** that Edwards's Motion for Legal Redress[2] and Motion for Judgment on the Merit and Pleading[3] are **DENIED**.

New Orleans, Louisiana, this 11th day of August, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 30.
[2] R. Doc. 23.
[3] R. Doc. 24.